# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Darwin J. Pamanet (DOB XX/XX/1975)<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 22-M-618<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  12/1/21 through 1/22/22  while in the  Menominee Ind. Reservation  in the  Eastern  District of  Wisconsin , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2241(c) and 1153(a) | Aggravated Sexual Abuse |
| 18 U.S.C. §§ 2251(a) and (e) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

_____  4:15pm 2/2/22
*Complainant's signature*

SA Sarah M. Deamron, FBI
*Printed name and title*

Sworn via telephone; transmitted
via email pursuant to Fed. R. Crim. 4.1.

Date: February 2, 2022

_____
*Judge's signature*

City and state:  Green Bay, Wisconsin   Hon. James R. Sickel, U.S. Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), so employed by the FBI since June 2015. Upon graduation from the FBI Academy in Quantico, Virginia, I was assigned to the Milwaukee Division, Green Bay Resident Agency. While at this duty station, I am assigned to work cases involving violent crimes and the trafficking and sales of illicit drugs. As a Special Agent of the Federal Bureau of Investigation, I am authorized to investigate violations of the criminal laws of the United States, and as a law enforcement officer for the United States, I am empowered by law to conduct investigations of, and to make arrests for, federal felony offenses.

2. This affidavit is being submitted for the limited purpose of a criminal complaint for Darwin J. Pamanet (DOB XX/XX/1975) (hereinafter referred to as "Pamanet"). Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every detail of this investigation. Rather, I have set forth only those facts necessary to establish probable cause. The information contained in this affidavit is based upon my personal knowledge, my review of documents and video evidence, my conversations with other law enforcement officers and those who interviewed the victim.

3. I respectfully submit there is probable cause to believe Darwin J. Pamanet committed the crimes of Aggravated Sexual Abuse, in violation of Title 18, United States Code, Sections 2241(c) and 1153(a), and Sexual Exploitation of a Child, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## CRIMES REFERENCED

4. I am aware Title 18, United States Code, Section 2241(c) makes it a crime for anyone to knowingly engage in a sexual act with another person who has not attained the age of 12 years.

1

5. The punishment for the offense described in Paragraph 4 is imprisonment of not less than 30 years and up to life, a fine of up to $250,000; at least 5 years and up to a lifetime on supervised release, and a $100 special assessment.

6. I am aware Title 18, United States Code, Sections 2251(a) and (3) make it a crime for a person to use minors to engage in sexually explicit conduct for the purposes of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported in interstate or foreign commerce by any means, and which visual depiction would have been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

7. The punishment for the offense described in Paragraph 6 is imprisonment of not less than 15 years nor more than 30 years, a fine of up to $250,000, at least 5 years and up to a lifetime on supervised release, and a $100 special assessment.

8. Title 18, United States Code, Section 1153(a) grants federal jurisdiction to crimes, including sexual assaults as described in Paragraph 4 in violation of under Title 18, United States Code, Section 2241(c), when they were committed by an Indian against another Indian or another person, when the offense occurs within the exterior boundaries of an Indian reservation.

9. I am aware the Menominee Indian Reservation is wholly contained within the State and Eastern District of Wisconsin.

**PROBABLE CAUSE**

10. On January 22, 2022, 1/22/2022, Menominee Tribal Police (METPD) Officers were dispatched a residence in Keshena, Wisconsin on report of a possible sexual abuse of a child. METPD Officer Megan LaVictor met with a man and his two eldest daughters, JW1 (XX/XX/2009) and JW2 (XX/XX/2008). The man has 4 children, JW1, JW2, JV1 (XX/XX/2013), and JV2 (XX/XX/2019), all of whom reside with the man's aunt at a nearby home. Pamanet also resides in the aunt's home.

2

11. JW1 told Officer LaVictor in December of 2021, Pamanet gave her permission to look at his cell phone. While looking through Pamanet's phone JW1 witnessed a photo of Pamanet's hand holding up JV2's nightgown exposing her buttocks. JW2 told Officer LaVictor JV1 also disclosed to her and JW1 Pamanet "touches" her and JV2. JV1 told JW1 and JW2 Pamanet tells JV1 to go to her room. In her room Pamanet tells JV1 sit on his lap and he rubs her vagina and chest. JV1 also stated Pamanet has taken pictures of JV1 in her underwear.

12. On January 22, 2022, METPD Officers met Pamanet at his home and asked Pamanet where his cell phone was located. Pamanet told officers his cell phone was in his bedroom. METPD Officers were granted permission to enter the home and accompanied Pamanet to his bedroom where they took custody of his cell phone. The phone is a blue and black AT&T Android cell phone, serial number 8864862046679294.

13. On January 24, 2022, Menominee Tribal Detective Todd Otradovec obtained a Menominee Tribal search warrant for Pamanet's cell phone. I received custody of Pamanet's cell phone for the purpose of transporting for digital forensic analysis.

14. On January 31, 2022, JV1 was present for a Child Forensic Interview conducted by Child Forensic Interviewer Christy Sickel at the Willow Tree Child Advocacy Center in Green Bay, Wisconsin. During the recorded interview JV1 disclosed her uncle, later identified in the interview as Pamanet, touches her where she pees. JV1 told Interviewer Sickel there is a mattress located in the front room of her aunt's home. On one occasion JV1, JV2, and Pamanet were all on the bed. JV1 said Pamanet placed his "hand under my clothing but over my underwear."

15. On January 31, 2022, FBI ITS-FE Kerry Kolecheck conducted a full file system extraction of the Pamanet's phone device data and processed it to a readable reviewable format. I received a copy of the digital content which I reviewed. During my review I observed approximately 18 images that appeared to be children engaged in sexually explicit activity. These included the following images:

3

| File Name | Description |
|---|---|
| ff4d6d380ce6740b8e3d137d0e7833b4f792a6ef6c93094f202c3a7621ef7.0 | Image shows the stomach, vagina and buttocks of a prepubescent female who appears to be JV1, wearing only pink underwear with yellow trim around the edge. The prepubescent female is lying on her back on a bed. A left hand with an abrasion just above the second knuckle of index finger is spreading open the prepubescent female's vagina with the index finger and thumb. |
| 67dfa1f6d7b4da8f9695f419edf9474b476ccd7fcab39109eb0d962e443afa9e.0 | Image shows the full body of a prepubescent female who appears to be JV1, wearing only pink underwear with yellow trim around the edge. The prepubescent is lying on her back on a bed with her chest exposed and bare and her underwear shifted slightly to her right side. |
| 483b1f2275542a9cbd214e2ea117188a25d0be3447d71624f14d1a4379249c9d.0 | Image shows the full body of a prepubescent female who appears to be JV1, wearing only pink underwear with yellow trim around the edge. The prepubescent is lying on her back on a bed with her left arm draped over her chest and her underwear shifted to her right side exposing her vagina. |
| 9d1917b778920b3758c3a10f9d37z7c9c81b6bcdd55f145fc75e95486510a0f2.0 | Image shows a close-up photo of a prepubescent vagina with an adult hand's index finger and thumb pushing aside the prepubescent's underwear and spreading open her vagina. |

The images described above are not the full contents of the phone but are listed here as examples. The images described above appear to have been taken on dates in October and December 2021, according to data associated with the images.

16. On February 2, 2022, Lead Detective Otradovec and I interviewed Pamanet at the Menominee Tribal Police Department. We advised Pamanet of his Miranda rights and he agreed to waive them and answer questions. Pamanet admitted touching JV1's vagina with his hand, and stated he used his forefinger and thumb to spread apart her labia. Pamanet admitted his forefinger and thumb penetrated JV1 when he did this. Pamanet also admitted taking photos of himself doing this and stated the photos involving JV1 as described above were taken while she was sleeping.

17. I reviewed records and Pamanet is an enrolled member of the Menominee Indian Tribe of Wisconsin. JV1 and JV2 are also Native American Indians.

18. The locations described above are all within the exterior boundaries of the Menominee Indian Reservation, which is within the Eastern District of Wisconsin.

19. Based on the foregoing, I submit there is probable cause to issue a criminal complaint and arrest warrant for Darwin J. Pamanet, charging him with the crimes of Aggravated Sexual Abuse, in violation of Title 18, United States Code, Sections 2241(c) and 1153(a), and Sexual Exploitation of a Child, in violation of Title 18, United States Code, Sections 2251(a) and (e).

*[signed] SA FBI 2/2/22 @ 4:15pm*
SARAH M. DEAMRON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 2nd day of February 2022 in Green Bay, Wisconsin.

*[signed]*
HON. JAMES R. SICKEL
United States Magistrate Judge